## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**MATTHEW ORSO AS
SUCCESSOR TRUSTEE
TO KENNETH D. BELL IN HIS
CAPACITY AS COURT-
APPOINTED RECEIVER FOR REX
VENTURE GROUP, LLC,**

          **Plaintiff,**

**v.**                                        **Case No:   6:21-mc-149-CEM-GJK**

**GOLDSKY PIERRE LOUIS,**

          **Defendant.**

_____

### ORDER

    This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR APPOINTMENT OF PROCESS SERVER**<br><br>**(Doc. No. 7)** |
| **FILED:** | **December 21, 2021** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**. ABC Legal, including its designated agents, is hereby appointed and authorized to effect service of process on PNC Bank, N.A., and TD Bank, N.A. Service shall be effected according to the applicable law.

**DONE** and **ORDERED** in Orlando, Florida, on December 22, 2021.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties